UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MONITOR, INC. | § | Case No. 13-41030 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,288,895.45 | Assets Exempt: NA |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $542,862.60 | Claims Discharged |
| | Without Payment: NA |
| Total Expenses of Administration: $366,200.04 | |

3) Total gross receipts of $909,062.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $909,062.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $32,144.43 | $20,623.92 | $20,623.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $368,488.33 | $346,686.84 | $346,686.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $39,026.40 | $19,513.20 | $19,513.20 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $17,865.58 | $17,472.09 | $13,900.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $551,158.52 | $1,425,980.73 | $1,425,980.73 | $508,338.25 |
| **TOTAL DISBURSEMENTS** | $551,158.52 | $1,883,505.47 | $1,830,276.78 | $909,062.64 |

4) This case was originally filed under chapter 7 on 04/23/2013, and it was converted to chapter 7 on 06/02/2014. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9.**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    06/26/2017          By :    /s/ Mark A. Weisbart

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 187 acres land Rusk County, TX | 1110-000 | $283,205.00 |
| Certificate of Deposit (California) | 1129-000 | $13,332.88 |
| Account Receivables-Employees | 1221-000 | $16,435.82 |
| Insurance Policy Refund | 1229-000 | $6,899.30 |
| Certificate of Deposit (Arizona) | 1229-000 | $2,500.30 |
| Certificate of Deposit (New Mexico) | 1229-000 | $1,326.90 |
| Preferential Transfer - Classic Colors | 1241-000 | $7,500.00 |
| Preferential Transfers Litigation | 1241-000 | $7,348.44 |
| Preferential Transfer - Garland Nut & Screw | 1241-000 | $3,250.00 |
| Preferential Transfer - BKG Freight Services Inc | 1241-000 | $10,000.00 |
| Preferential Transfer - LSI Industries Inc. | 1241-000 | $8,000.00 |
| Preferential Transfer - Airgas | 1241-000 | $3,332.00 |
| Preferential Transfer - Jones Foster Johnston | 1241-000 | $5,000.00 |
| Account Receivable-F & H Construction Lawsuit | 1249-000 | $50,804.28 |
| Funds From Chapter 11 Case | 1290-010 | $490,127.72 |
| **TOTAL GROSS RECEIPTS** | | **$909,062.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | GRAYSON COUNTY | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 03 | S & S CONSOLIDATED ISD | 4110-000 | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 06 | RUSK COUNTY | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 09 | TEXAS STAR BANK | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 13 | S&S CONSOLIDATED ISD | 4110-000 | NA | $11,520.51 | $0.00 | $0.00 |
|  | Arnold Abstract Company | 4110-000 | NA | $20,623.92 | $20,623.92 | $20,623.92 |
|  | **TOTAL SECURED** |  | $0.00 | $32,144.43 | $20,623.92 | $20,623.92 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 3110-000 | NA | $237,165.00 | $237,165.00 | $237,165.00 |
| Mark Weisbart | 3120-000 | NA | $7,427.75 | $7,427.75 | $7,427.75 |
| Mark Weisbart | 2100-000 | NA | $48,703.13 | $48,703.13 | $48,703.13 |
| TMS Consulting, LLC | 3410-000 | NA | $3,900.00 | $3,900.00 | $3,900.00 |
| USI SOUTHWEST DALLAS | 2300-000 | NA | $1,118.00 | $1,118.00 | $1,118.00 |
| DOHMEYER VALUATION CORP | 3991-000 | NA | $2,050.00 | $2,050.00 | $2,050.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $2,535.00 | $2,535.00 | $2,535.00 |
| OFFICE OF THE UNITED STATES | 2950-000 | NA | $1,625.00 | $1,625.00 | $1,625.00 |
| Mark Weisbart | 2200-000 | NA | $285.00 | $2,463.15 | $2,463.15 |
| KESSLER COLLINS | 3210-000 | NA | $13,125.29 | $12,863.50 | $12,863.50 |
| KURT H. SIEBERT | 3210-600 | NA | $10,854.35 | $10,077.50 | $10,077.50 |
| KESSLER COLLINS | 3220-000 | NA | $13,125.29 | $261.79 | $261.79 |
| KURT H. SIEBERT | 3220-600 | NA | $10,854.35 | $776.85 | $776.85 |
| Arnold Abstract Company | 2500-000 | NA | $5,208.65 | $5,208.65 | $5,208.65 |
| First National Bank of Vinita | 2600-000 | NA | $10,511.52 | $10,511.52 | $10,511.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | NA | $368,488.33 | $346,686.84 | $346,686.84 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TAX SERVICES CONSULTING, LLC | 6410-000 | NA | $19,513.20 | $19,363.50 | $19,363.50 |
| TAX SERVICES CONSULTING, LLC | 6420-000 | NA | $19,513.20 | $149.70 | $149.70 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $39,026.40 | $19,513.20 | $19,513.20 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 14 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $6,824.64 | $6,824.64 | $6,824.64 |
| 16 | TEXAS WORKFORCE | 5800-000 | NA | $7,075.79 | $7,075.79 | $7,075.79 |
| 24 | MISSISSIPPI DEPARTMENT OF | 5800-000 | NA | $600.00 | $600.00 | $0.00 |
| 25 | MISSISSIPPI DEPARTMENT OF | 5800-000 | NA | $2,971.66 | $2,971.66 | $0.00 |
| 26 | Mississippi Department of | 5800-000 | NA | $393.49 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,865.58 | $17,472.09 | $13,900.43 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | VICTOR WUNDERICH | 7200-000 | NA | $1,519.62 | $1,519.62 | $0.00 |
| 21 | GARY J. CAMPBELL, AS TRUSTEE | 7400-000 | NA | $0.00 | $0.00 | $0.00 |
| 20 | GARY J. CAMPBELL | 7400-000 | NA | $0.00 | $0.00 | $0.00 |
| 19 | ROBERT W. MINSHEW, TRUSTEE | 7400-000 | NA | $0.00 | $0.00 | $0.00 |
| 18 | J & D METAL BUILDING L.L. C. | 7100-000 | NA | $354.00 | $354.00 | $126.32 |
| 17 | RED RIVER TIME CLOCK | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15 | TEXAS MUTUAL INSURANCE | 7100-000 | NA | $6,606.00 | $6,606.00 | $2,357.44 |
| 12 | PITNEY BOWES GLOBAL | 7100-000 | NA | $1,044.93 | $1,044.93 | $372.90 |
| 11 | ALEERA AND HARRY REYNOLDS | 7100-000 | NA | $1,386,750.00 | $1,386,750.00 | $494,880.53 |
| 10 | HARTFORD FIRE INSURANCE | 7100-000 | NA | $25,829.00 | $25,829.00 | $9,217.43 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 08 | FLATIRON CAPITAL, | 7100-000 | NA | $2,183.04 | $2,183.04 | $779.05 |
| 07 | FLORIDA RIB ROOF, INC. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 05 | FIRST ADVANTAGE TAX | 7100-000 | NA | $70.00 | $70.00 | $24.98 |
| 04 | STEEL & PIPE SUPPLY | 7100-000 | NA | $1,624.14 | $1,624.14 | $579.60 |
| | ADT | | $244.80 | NA | NA | $0.00 |
| | Advanced Installation Services | | $640.84 | NA | NA | $0.00 |
| | Air Gas USA LLC | | $1,971.88 | NA | NA | $0.00 |
| | All Around Signs | | $1,100.00 | NA | NA | $0.00 |
| | Alpine Lumber Sales Inc | | $3,000.00 | NA | NA | $0.00 |
| | American Express | | $3,507.36 | NA | NA | $0.00 |
| | Amerimax Home Products, Inc. | | NA | NA | NA | $0.00 |
| | AmeriPower PO Boxx | | $2,729.82 | NA | NA | $0.00 |
| | AT&T | | $372.69 | NA | NA | $0.00 |
| | Atmos Energy | | $1,363.10 | NA | NA | $0.00 |
| | Axtec Manufacturing Part. | | NA | NA | NA | $0.00 |
| | BKG Freight Services, Inc. | | $7,600.00 | NA | NA | $0.00 |
| | Blue Cross Blue Shield | | $2,273.08 | NA | NA | $0.00 |
| | Building Fastners LLC | | $191.81 | NA | NA | $0.00 |
| | Cactus Environment Services | | $1,917.50 | NA | NA | $0.00 |
| | City of Southmayd | | NA | NA | NA | $0.00 |
| | CJT And Assocites Consulting | | $975.00 | NA | NA | $0.00 |
| | Classic Colors, Inc | | $6,576.77 | NA | NA | $0.00 |
| | Classic Industries | | NA | NA | NA | $0.00 |
| | Conseco Life Insurance Company | | $35.95 | NA | NA | $0.00 |
| | DBC Industrial | | $82.19 | NA | NA | $0.00 |
| | Dealers Electrical Supply | | $106.98 | NA | NA | $0.00 |
| | Department of Treasury | | NA | NA | NA | $0.00 |
| | DG Construction c/o Dan Gomez | | $5,110.00 | NA | NA | $0.00 |
| | DJS International Sevices | | NA | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DLS Worldwide | | $3,026.94 | NA | NA | $0.00 |
| | Douglas Distributing | | $911.78 | NA | NA | $0.00 |
| | Equipment Depo LTD | | $468.87 | NA | NA | $0.00 |
| | Exxon Fleet Card Services | | NA | NA | NA | $0.00 |
| | Exxon/Mobil Processing Center | | $181.90 | NA | NA | $0.00 |
| | Fastnal Company | | $124.05 | NA | NA | $0.00 |
| | Federal Health Sign Company | | $195.05 | NA | NA | $0.00 |
| | First Advantage Tax Services | | $70.00 | NA | NA | $0.00 |
| | Five Star Office Supply | | $32.63 | NA | NA | $0.00 |
| | Flatiron Capital | | $6,017.75 | NA | NA | $0.00 |
| | Florida Rib Roof, Inc. c/o Dennis | | $300,000.00 | NA | NA | $0.00 |
| | Forbes | | $67.87 | NA | NA | $0.00 |
| | Foremost County Mutual | | $145.00 | NA | NA | $0.00 |
| | Franzen-Hill Corp. | | $854.07 | NA | NA | $0.00 |
| | Freight Quote | | NA | NA | NA | $0.00 |
| | Frost Structural Engineering Inc. | | $476.31 | NA | NA | $0.00 |
| | Gainsville Printing Company | | $203.44 | NA | NA | $0.00 |
| | Garland Nut and Screw | | $6,156.00 | NA | NA | $0.00 |
| | Grainger | | NA | NA | NA | $0.00 |
| | Greg Beckley | | NA | NA | NA | $0.00 |
| | Herald Democrat | | $80.00 | NA | NA | $0.00 |
| | Humana Dental Insurance | | $47.08 | NA | NA | $0.00 |
| | International Carwash Assoc. | | $325.00 | NA | NA | $0.00 |
| | Jeffers Insurance Ageny, Inc | | $1,742.80 | NA | NA | $0.00 |
| | Jeremy Schimtz | | $22,205.05 | NA | NA | $0.00 |
| | John Ramsey | | $24,721.52 | NA | NA | $0.00 |
| | Jones Foster Johnson & Stubs PA | | $8,805.05 | NA | NA | $0.00 |
| | Kevin Reynolds | | NA | NA | NA | $0.00 |
| | Kloeckner Metals | | NA | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lectron | | NA | NA | NA | $0.00 |
| | Lektron LED Lighting Technology | | $7,348.44 | NA | NA | $0.00 |
| | Loan Star Frame and Elignment | | NA | NA | NA | $0.00 |
| | LSI Industries | | $15,069.95 | NA | NA | $0.00 |
| | M-Tex Indutrial Supply Co. Inc. | | NA | NA | NA | $0.00 |
| | Marco Industies | | $586.84 | NA | NA | $0.00 |
| | Markl & Sons Cooling and | | NA | NA | NA | $0.00 |
| | Mascott Equipment | | $118.00 | NA | NA | $0.00 |
| | Mastercard Card Service | | $25.00 | NA | NA | $0.00 |
| | MBCI Lockbox | | NA | NA | NA | $0.00 |
| | McKinney Frisco Overhead Door | | NA | NA | NA | $0.00 |
| | Metal Building Software | | $595.38 | NA | NA | $0.00 |
| | Metal Masters | | $5,600.00 | NA | NA | $0.00 |
| | Metal Prep | | NA | NA | NA | $0.00 |
| | Metal Supply Company | | NA | NA | NA | $0.00 |
| | Metal USA Building Products File | | $38,027.90 | NA | NA | $0.00 |
| | Nangia Engineering Inc | | $1,500.00 | NA | NA | $0.00 |
| | North Texas Valve & Machine | | $2,000.00 | NA | NA | $0.00 |
| | O'Neal-Steel Dallas | | $332.30 | NA | NA | $0.00 |
| | Oil and Automotive Serivce | | $200.00 | NA | NA | $0.00 |
| | Oklahoma Super Trade Show | | NA | NA | NA | $0.00 |
| | Oneal Steel Inc | | NA | NA | NA | $0.00 |
| | Ouachita Engineering Inc | | $175.00 | NA | NA | $0.00 |
| | Overhead Door Company | | $10,545.00 | NA | NA | $0.00 |
| | Painted Metal Products | | NA | NA | NA | $0.00 |
| | Parker Engineering | | $679.09 | NA | NA | $0.00 |
| | Petroleum Equipment Institute | | NA | NA | NA | $0.00 |
| | Pitney Bowles | | $94.70 | NA | NA | $0.00 |
| | Port Metal Processing Inc. | | $9,959.96 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Waste Solutions of | | $305.51 | NA | NA | $0.00 |
| | Property Interests | | $1,027.50 | NA | NA | $0.00 |
| | Red River Truck Repair | | $1,400.28 | NA | NA | $0.00 |
| | Reinart Paper & Chemical | | $292.60 | NA | NA | $0.00 |
| | Richardson Law Firm Richardson | | NA | NA | NA | $0.00 |
| | Robert & Sons Aluminum, Inc | | $5,437.25 | NA | NA | $0.00 |
| | Sam's Vending | | $73.50 | NA | NA | $0.00 |
| | Samuel Strapping Systems | | $506.88 | NA | NA | $0.00 |
| | Shell Card | | $536.64 | NA | NA | $0.00 |
| | Southwest Idealease | | $2,522.68 | NA | NA | $0.00 |
| | Steel & Pipe Supply Co. Inc. | | NA | NA | NA | $0.00 |
| | The Hartford | | $25,829.00 | NA | NA | $0.00 |
| | Toshiba Business Solutions | | $130.64 | NA | NA | $0.00 |
| | TV Cable | | $107.13 | NA | NA | $0.00 |
| | United Rentals | | $830.54 | NA | NA | $0.00 |
| | UPS | | $459.19 | NA | NA | $0.00 |
| | Verizon | | $704.63 | NA | NA | $0.00 |
| | Visa Business Card | | $1,443.11 | NA | NA | $0.00 |
| | Washington National Insurance | | $35.95 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$551,158.52** | **$1,425,980.73** | **$1,425,980.73** | **$508,338.25** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **13-41030**                        Judge:  **Brenda Rhoades**                        Trustee Name:  **Mark A. Weisbart**
Case Name:  **MONITOR, INC.**                                                                           Date Filed (f) or Converted (c):  **06/02/2014 (c)**
                                                                                                         341(a) Meeting Date:  **07/25/2014**
For Period Ending:  **06/26/2017**                                                                       Claims Bar Date:  **09/15/2014**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 200 Elliot Rd, Sherman, TX-manufacturing plant | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. | 514 Northeast 15th St, Casey, IL 62420 (u) | 220,000.00 | 0.00 | | 0.00 | FA |
| 3. | 187 acres land Rusk County, TX | 55,000.00 | 283,205.00 | | 283,205.00 | FA |
| 4. | 125 Travis, Sherman TX (u) | 100,000.00 | 0.00 | | 0.00 | FA |
| 5. | Cash (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Certificate of Deposit (Arizona) (u) | 3,500.00 | 2,500.30 | | 2,500.30 | FA |
| 7. | Certificate of Deposit (New Mexico) (u) | 5,000.00 | 1,326.90 | | 1,326.90 | FA |
| 8. | Certificate of Deposit (California) | 12,500.00 | 13,332.88 | | 13,332.88 | FA |
| 9. | Account Receivables-Employees (u) | 34,812.79 | 16,435.82 | | 16,435.82 | FA |
| 10. | Office equipment and supplies 15 Office Desks; 1 B (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. | Equipment List - non-operational (u) | 11,800.00 | 0.00 | | 0.00 | FA |
| 12. | Equipment List - operational (u) | 42,700.00 | 0.00 | | 0.00 | FA |
| 13. | Inventory (u) | 150,000.00 | 0.00 | | 0.00 | FA |
| 14. | Cash Collateral (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. | Funds From Chapter 11 Case (u) | 0.00 | 490,127.72 | | 490,127.72 | FA |
| 16. | Checking Account Landmark Bank #3903 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17. | Certificate of Deposit (Tennessee) (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 18. | Certificate of Deposit (West Virginia) (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. | Insurance Policy Refund (u) | 0.00 | 6,899.30 | | 6,899.30 | FA |
| 20. | Checking Account Landmark Bank #2126 (u) | 0.00 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **13-41030**                    Judge: **Brenda Rhoades**                    Trustee Name: **Mark A. Weisbart**
Case Name: **MONITOR, INC.**                                                     Date Filed (f) or Converted (c): **06/02/2014 (c)**
                                                                              341(a) Meeting Date: **07/25/2014**
For Period Ending: **06/26/2017**                                             Claims Bar Date: **09/15/2014**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. | Profit Sharing Account - Wells Fargo (u) | 272,556.56 | 0.00 | | 0.00 | FA |
| 22. | Checking Account Chase Bank #1840 (u) | 214,338.89 | 0.00 | | 0.00 | FA |
| 23. | Checking Account Chase Bank-Payroll (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24. | Checking Account Wells Fargo #8914 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. | Account Receivable-A/R Aging Summary (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26. | Account Receivable-David Langford (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27. | Account Receivable-H&M Properties, LLC Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28. | Account Receivable-Outstanding Purchase Orders (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29. | Account Receivable-American Food Stores Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30. | Account Receivable-Brentwood Auto Spa Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31. | Account Receivable-Kel Investors Inc Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 32. | Account Receivable-LHL Construction Inc Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33. | Account Receivable-Jose Avila Quiroz Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34. | Account Receivable-Sunshine Car Wash Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 35. | Account Receivable-Michael Werner Judgment (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36. | Account Receivable-Florida Rib Roof Lawsuit (u) | 58,000.00 | 0.00 | | 0.00 | FA |
| 37. | Hay (u) | 500.00 | 0.00 | | 0.00 | FA |
| 38. | Tractors (2), Dozer, Backhoe (u) | 12,000.00 | 0.00 | | 0.00 | FA |
| 39. | Account Receivable-F & H Construction Lawsuit (u) | 0.00 | 50,804.28 | | 50,804.28 | FA |
| 40. | Preferential Transfers Litigation (u) | 0.00 | 30,000.00 | | 7,348.44 | FA |

**Exhibit 8**

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **13-41030**
Case Name: **MONITOR, INC.**

Judge: **Brenda Rhoades**

Trustee Name: **Mark A. Weisbart**
Date Filed (f) or Converted (c): **06/02/2014 (c)**
341(a) Meeting Date: **07/25/2014**

For Period Ending: **06/26/2017**

Claims Bar Date: **09/15/2014**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 41.   Preferential Transfer - Classic Colors (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 42.   Preferential Transfer - Garland Nut & Screw (u) | 0.00 | 3,250.00 | | 3,250.00 | FA |
| 43.   Preferential Transfer - BKG Freight Services Inc (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 44.   Preferential Transfer - Jones Foster Johnston (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 45.   Preferential Transfer - Airgas (u) | 0.00 | 3,332.00 | | 3,332.00 | FA |
| 46.   Preferential Transfer - LSI Industries Inc. (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | 1,399,708.24 | 931,714.20 | | 909,062.64 | 0.00 |
|---|---|---|---|---|---|

Re Prop. #1   debtor's amended schedules combined this asset with a 2nd asset titled the same on the original schedules but noted a "warehouse building in downtown; main plant and 23 acres". Property sold while in chapter 11

Re Prop. #2   Titled "Land and building, Casey, IL" on original schedules; name/address changed to "500 NE15th St, Casey, IL 62420" on amended schedules; correct address is description above. Property sold while in chapter 11

Re Prop. #3   Timber land in Henderson, Rusk County, TX

Re Prop. #4   Property sold while in chapter 11

Re Prop. #5   Asset removed by debtor's amendment

Re Prop. #10   Sold while in chapter 11

Re Prop. #11   Sold while in chapter 11

Re Prop. #12   Sold while in chapter 11

Re Prop. #13   Asset added by debtor's amendment, sold while in chapter 11

Re Prop. #14   Asset removed by debtor's amendment

Re Prop. #16   Asset added by debtor's amendment

Re Prop. #17   Asset scheduled in error, asset does not exist

Re Prop. #18   Asset scheduled in error, asset does not exist

Re Prop. #20   Asset added by debtor's amendment

Re Prop. #21   Asset added by debtor's amendment. Plan trustee administered asset, not administered within bankruptcy estate.

Re Prop. #22   Asset added by debtor's amendment, funds utilized for operations while in chapter 11

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 13-41030 | **Judge:** Brenda Rhoades      **Trustee Name:** Mark A. Weisbart |
| **Case Name:** MONITOR, INC. | **Date Filed (f) or Converted (c):** 06/02/2014 (c) |
| | **341(a) Meeting Date:** 07/25/2014 |
| **For Period Ending:** 06/26/2017 | **Claims Bar Date:** 09/15/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Re Prop. #23   Asset added by debtor's amendment | | | | | |
| Re Prop. #24   Asset added by debtor's amendment | | | | | |
| Re Prop. #25   Asset added by debtor's amendment | | | | | |
| Re Prop. #26   Asset added by debtor's amendment | | | | | |
| Re Prop. #27   Asset added by debtor's amendment | | | | | |
| Re Prop. #28   Asset added by debtor's amendment | | | | | |
| Re Prop. #29   Asset added by debtor's amendment | | | | | |
| Re Prop. #30   Asset added by debtor's amendment | | | | | |
| Re Prop. #31   Asset added by debtor's amendment | | | | | |
| Re Prop. #32   Asset added by debtor's amendment | | | | | |
| Re Prop. #33   Asset added by debtor's amendment | | | | | |
| Re Prop. #34   Asset added by debtor's amendment | | | | | |
| Re Prop. #35   Asset added by debtor's amendment | | | | | |
| Re Prop. #36   Asset added by debtor's amendment | | | | | |
| Re Prop. #37   Asset added by debtor's amendment | | | | | |
| Re Prop. #38   Asset added by debtor's amendment, sold while in chapter 11 | | | | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Initial Projected Date of Final Report(TFR) :** 12/31/2015      **Current Projected Date of Final Report(TFR) :** 12/31/2016

| | | |
|---|---|---|
| **Trustee's Signature** | /s/Mark A. Weisbart | **Date:** 06/26/2017 |
| | Mark A. Weisbart | |
| | 12770 Coit Road, Suite 541 | |
| | Dallas, TX 75251 | |
| | Phone : (972) 628-4903 | |

**Exhibit 8**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|---|

Case Name: MONITOR, INC.

Bank Name: First National Bank of Vinita

Account Number/CD#: ******2650 Checking Account

Taxpayer ID No: **-***2261

Blanket bond (per case limit): 300,000.00

For Period Ending: 6/26/2017

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2014 | [15] | Mark A. Weisbart | Ch 11 Funds to Ch 7 Account | 1290-010 | 269,876.84 | | 269,876.84 |
| 06/05/2014 | [15] | Mark A. Weisbart | Ch 11 Funds to Ch 7 Account | 1290-010 | 212,935.02 | | 482,811.86 |
| 06/05/2014 | [15] | Mark A. Weisbart | Ch 11 Funds to Ch 7 Account | 1290-010 | 2,315.86 | | 485,127.72 |
| 06/10/2014 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 485,327.72 |
| 06/27/2014 | [9] | Michael Lewis | Accounts Receivable | 1221-000 | 150.00 | | 485,477.72 |
| 07/02/2014 | [9] | Wells Fargo Bank | Accounts Receivable | 1221-000 | 0.85 | | 485,478.57 |
| 07/03/2014 | 10001 | USI Southwest Dallas PO Box 3716 Norfold , VA 23514-3716 | Trustee Bond Invoice No. 1381330 | 2300-000 | | 1,025.00 | 484,453.57 |
| 07/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 415.51 | 484,038.06 |
| 07/15/2014 | [9] | David Gray | Accounts Receivable - July | 1221-000 | 200.00 | | 484,238.06 |
| 07/15/2014 | [9] | David Gray | Accounts Receivable - August | 1221-000 | 200.00 | | 484,438.06 |
| | | | Page Subtotals | | 485,878.57 | 1,440.51 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | MONITOR, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | ******2650 Checking Account |
| Taxpayer ID No: | **-***2261 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/16/2014 | [9] | Wells Fargo Bank NA | Accounts Receivable | 1221-000 | 0.82 | | 484,438.88 |
| 07/16/2014 | [9] | Michael Lewis | Accounts Receivable | 1221-000 | 150.00 | | 484,588.88 |
| 07/16/2014 | [9] | Cardmember Service (VISA) | Accounts Receivable | 1221-000 | 35.89 | | 484,624.77 |
| 07/16/2014 | [9] | Health Care Service Corporation | Accounts Receivable | 1221-000 | 1,398.49 | | 486,023.26 |
| 08/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 515.32 | 485,507.94 |
| 08/08/2014 | [3] | Robert P. Lehmann, M.D. | Sale of Timber Land-Earnest Funds | 1110-000 | 5,000.00 | | 490,507.94 |
| 08/25/2014 | [7] | Wells Fargo Bank, N.A. | CD Funds Held by Wells Fargo | 1229-000 | 1,326.90 | | 491,834.84 |
| 09/03/2014 | [9] | Michael R. Lewis | Accounts Receivable | 1221-000 | 150.00 | | 491,984.84 |
| 09/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 525.28 | 491,459.56 |
| 09/09/2014 | 10002 | Dohmeyer Valuation Corp 2374 Aspermount Drive | Valuation Expert Fees | 3991-000 | | 2,050.00 | 489,409.56 |
| | | | Page Subtotals | | 8,062.10 | 3,090.60 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|
| Case Name: | MONITOR, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | ******2650 Checking Account |
| Taxpayer ID No: | **-***2261 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/09/2014 | 10003 | Kessler Collins 2100 Ross Ave Suite 750 Dallas , Texas 75201 | Attorney for Trustee Fees Expenses Client Matter No. 01105 | | | 13,125.29 | 476,284.27 |
| | | | (12,863.50) | 3210-000 | | | |
| | | | EXPENSE (261.79) | 3220-000 | | | |
| 09/10/2014 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 476,484.27 |
| 09/17/2014 | [6] | Wells Fargo Bank, N.A. | CD Funds Held by Wells Fargo | 1229-000 | 2,500.30 | | 478,984.57 |
| 09/17/2014 | [8] | Wells Fargo Bank, N.A. | CD Funds Held by Wells Fargo | 1129-000 | 8,082.50 | | 487,067.07 |
| 09/17/2014 | [8] | Wells Fargo Bank, N.A. | CD Funds Held by Wells Fargo | 1129-000 | 2,627.05 | | 489,694.12 |
| 09/17/2014 | [8] | Wells Fargo Bank, N.A. | CD Funds Held by Wells Fargo | 1129-000 | 2,623.33 | | 492,317.45 |
| 09/22/2014 | 10004 | Tax Services Consulting, LLC 25 Highland Park Village Suite 100-832 Dallas , TX 75205 | Accountant Fees & Expenses | | | 19,513.20 | 472,804.25 |
| | | | (19,363.50) | 6410-000 | | | |
| | | | EXPENSE (149.70) | 6420-000 | | | |
| | | | Page Subtotals | | 16,033.18 | 32,638.49 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)                                    **Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|
| Case Name: | MONITOR, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | ******2650 Checking Account |
| Taxpayer ID No: | **-***2261 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2014 | [9] | Michael Lewis | Accounts Receivable | 1221-000 | 150.00 | | 472,954.25 |
| 10/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 505.02 | 472,449.23 |
| 10/21/2014 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 472,649.23 |
| 11/05/2014 | [9] | Michael R. Lewis | Accounts Receivable | 1221-000 | 150.00 | | 472,799.23 |
| 11/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 507.04 | 472,292.19 |
| 11/12/2014 | [19] | AFS/IBEX Financial Services Inc | Insurance Policy Refund | 1229-000 | 6,899.30 | | 479,191.49 |
| 11/21/2014 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 479,391.49 |
| 12/05/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 495.01 | 478,896.48 |
| 12/10/2014 | [9] | Michael R. Lewis | Accounts Receivable | 1221-000 | 150.00 | | 479,046.48 |
| 12/16/2014 | | Arnold Abstract Company | Sale of Timber Land | | 252,372.43 | | 731,418.91 |
| | [3] | | Gross Sale Price        278,205.00 | 1110-000 | | | |
| | | | Page Subtotals | | 260,121.73 | 1,507.07 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|---|
| Case Name: | MONITOR, INC. | | | Bank Name: | First National Bank of Vinita |
| | | | | Account Number/CD#: | ******2650 Checking Account |
| Taxpayer ID No: | **-***2261 | | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Earnest Money Paid | (5,000.00) | 2500-000 | | | |
| | | | Closing Costs | (208.65) | 2500-000 | | | |
| | | | First Mortgage | (20,623.92) | 4110-000 | | | |
| 12/31/2014 | [9] | David Gray | Accounts Receivale | | 1221-000 | 200.00 | | 731,618.91 |
| 01/07/2015 | 10005 | USI Southwest Dallas PO Box 3716 Norfold , VA 23514-3716 | Trustee Bond Invoice No. 1515119 | | 2300-000 | | 93.00 | 731,525.91 |
| 01/08/2015 | | First National Bank of Vinita | BANK SERVICE FEE | | 2600-000 | | 652.20 | 730,873.71 |
| 01/14/2015 | [9] | David Gray | Accounts Receivable | | 1221-000 | 200.00 | | 731,073.71 |
| 02/05/2015 | [9] | Michael R. Lewis | Accounts Receivable | | 1221-000 | 150.00 | | 731,223.71 |
| 02/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | | 2600-000 | | 781.56 | 730,442.15 |
| 02/18/2015 | 10006 | Kurt H. Siebert, Attorney at Law 115 North School Street, Suite 1 Lodi , CA 95240 | Attorney for Trustee Fees/Expenses | | | | 5,423.42 | 725,018.73 |
| | | | | (4,655.00) | 3210-600 | | | |
| | | | Page Subtotals | | | 252,922.43 | 6,950.18 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **13-41030** | |
| Case Name: **MONITOR, INC.** | |
| | Trustee Name: **Mark A. Weisbart** |
| | Bank Name: **First National Bank of Vinita** |
| | Account Number/CD#: **\*\*\*\*\*\*2650 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*2261** | Blanket bond (per case limit): **300,000.00** |
| For Period Ending: **6/26/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | EXPENSE                    (768.42) | 3220-600 | | | |
| 02/20/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 725,218.73 |
| 03/04/2015 | [9] | Michael R. Lewis | Accounts Receivable | 1221-000 | 150.00 | | 725,368.73 |
| 03/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 699.67 | 724,669.06 |
| 03/17/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 724,869.06 |
| 03/23/2015 | [9] | Michael R. Lewis | Accounts Receivable | 1221-000 | 50.02 | | 724,919.08 |
| 04/07/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 725,119.08 |
| 04/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 769.56 | 724,349.52 |
| 05/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 744.31 | 723,605.21 |
| 05/08/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 723,805.21 |
| 06/01/2015 | [41] | Classic Colors Inc | Preferential Transfer Settlement | 1241-000 | 7,500.00 | | 731,305.21 |
| | | | Page Subtotals | | 8,500.02 | 7,636.96 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **13-41030** | |
| Case Name: | **MONITOR, INC.** | |
| | | |
| Taxpayer ID No: | **\*\*-\*\*\*2261** | |
| For Period Ending: | **6/26/2017** | |

| | |
|---|---|
| Trustee Name: | **Mark A. Weisbart** |
| Bank Name: | **First National Bank of Vinita** |
| Account Number/CD#: | **\*\*\*\*\*\*2650 Checking Account** |
| Blanket bond (per case limit): | **300,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 768.53 | 730,536.68 |
| 06/15/2015 | 10007 | International Sureties, LTD. 701 Poydras Street, Suite 420 New Orleans , LA 70139 | Trustee Bond Bond #022043989 | 2300-000 | | 1,255.00 | 729,281.68 |
| 06/24/2015 | [40] | Lektron LED Technologies LLC | Preferential Transfer Settlement | 1241-000 | 7,348.44 | | 736,630.12 |
| 07/06/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 736,830.12 |
| 07/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 752.03 | 736,078.09 |
| 07/21/2015 | [42] | Garland Nut and Screw LLC | Preferential Transfer Settlement | 1241-000 | 3,250.00 | | 739,328.09 |
| 07/21/2015 | [43] | BKG Freight Services Inc | Preferential Transfer Settle Pymt | 1241-000 | 5,000.00 | | 744,328.09 |
| 07/21/2015 | [43] | BKG Freight Services | Preferential Transfer Settle Pymt | 1241-000 | 1,000.00 | | 745,328.09 |
| 07/22/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 745,528.09 |
| 08/05/2015 | [44] | Jones, Foster, Johnston & Stubbs | Preferential Transfer Settlement | 1241-000 | 5,000.00 | | 750,528.09 |
| | | | Page Subtotals | | 21,998.44 | 2,775.56 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)                    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-41030 | | | Trustee Name: | Mark A. Weisbart |
| Case Name: | MONITOR, INC. | | | Bank Name: | First National Bank of Vinita |
| | | | | Account Number/CD#: | ******2650 Checking Account |
| Taxpayer ID No: | **-***2261 | | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/06/2015 | 10008 | International Sureties, LTD. 701 Poydras Street, Suite 420 New Orleans , LA 70139 | Bond #022043989 | 2300-000 | | 30.00 | 750,498.09 |
| 08/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 785.13 | 749,712.96 |
| 08/12/2015 | [15] | Mark A. Weisbart | Ch 11 Funds to Ch 7 Account | 1290-010 | 5,000.00 | | 754,712.96 |
| 08/17/2015 | [43] | BKG Freight Services Inc | Preferential Transfer Settle Pymt | 1241-000 | 4,000.00 | | 758,712.96 |
| 08/24/2015 | [45] | Airgas | Preferential Transfer Settlement | 1241-000 | 3,332.00 | | 762,044.96 |
| 09/01/2015 | [9] | David Gray | Accounts Receivable | 1221-000 | 200.00 | | 762,244.96 |
| 09/01/2015 | [9] | Harry Reynolds | Purchase of Accounts Receivable | 1221-000 | 10,749.75 | | 772,994.71 |
| 09/08/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 801.81 | 772,192.90 |
| 10/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 793.54 | 771,399.36 |
| 10/22/2015 | [46] | LSI Industries Inc | Preferential Transfer Settlement | 1241-000 | 8,000.00 | | 779,399.36 |
| | | | Page Subtotals | | 31,281.75 | 2,410.48 | |

UST Form 101-7-TDR (10/1/2010) (Page 21)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **13-41030** | | Trustee Name: | **Mark A. Weisbart** |
|---|---|---|---|---|
| Case Name: | **MONITOR, INC.** | | Bank Name: | **First National Bank of Vinita** |
| | | | Account Number/CD#: | ********2650 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*2261** | | Blanket bond (per case limit): | **300,000.00** |
| For Period Ending: | **6/26/2017** | | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/21/2016 | [39] | Ryan & Lifter | Settlement of F&H Lawsuit | 1249-000 | 50,804.28 | | 830,203.64 |
| 03/15/2016 | 10009 | Kurt H. Siebert, Attorney at Law 115 North School Street, Suite 1 Lodi , CA 95240 | Attorney for Trustee Fees/Expenses | | | 5,430.93 | 824,772.71 |
| | | | (5,422.50) | 3210-600 | | | |
| | | | EXPENSE                     (8.43) | 3220-600 | | | |
| 04/14/2016 | 10010 | International Sureties, LTD. 701 Poydras Street, Suite 420 New Orleans , LA 70139 | Bond #022043989 | 2300-000 | | 1,250.00 | 823,522.71 |
| 09/06/2016 | | Transfer to Texas Capital Bank | | 9999-000 | | 823,522.71 | 0.00 |

|  |  | Page Subtotals | 50,804.28 | 830,203.64 |
|---|---|---|---|---|
| | | COLUMN TOTALS | 883,230.07 | 883,230.07 |
| | | Less:Bank Transfer/CD's | 0.00 | 823,522.71 |
| | | SUBTOTALS | 883,230.07 | 59,707.36 |
| | | Less: Payments to Debtors | 0.00 | |
| | | Net | 883,230.07 | 59,707.36 |

UST Form 101-7-TDR (10/1/2010) (Page 22)                                                   **Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | | Trustee Name: | Mark A. Weisbart |
| Case Name: | MONITOR, INC. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******9759 Checking Account |
| Taxpayer ID No: | **-***2261 | | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/06/2016 | | Transfer from FNB of Vinita | | 9999-000 | 823,522.71 | | 823,522.71 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 958.90 | 822,563.81 |
| 10/04/2016 | | Texas Capital Bank | Bank Service Charge Refund | 2600-000 | | (958.90) | 823,522.71 |
| 01/25/2017 | 52001 | TMS Consulting, LLC 25 Highland Park Village Ste 100-832 Dallas, TX 75205 | Accountant Fees Invoice Nos. INV-1299 and INV-2352 | 3410-000 | | 3,900.00 | 819,622.71 |
| 02/06/2017 | 52002 | Mark Weisbart 12770 Coit Road Suite 541 Dallas, TX 75251 | Attorney For Trustee Fees and Expenses | | | 244,592.75 | 575,029.96 |
| | | | (237,165.00) | 3110-000 | | | |
| | | | (7,427.75) | 3120-000 | | | |
| 04/21/2017 | 52003 | Mark Weisbart 12770 Coit Road Suite 541 Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 48,703.13 | 526,326.83 |
| | | | Page Subtotals | | 823,522.71 | 297,195.88 | |

UST Form 101-7-TDR (10/1/2010) (Page 23)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41030 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | MONITOR, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******9759 Checking Account |
| Taxpayer ID No: | **-***2261 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 6/26/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 04/21/2017 | 52004 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | | 2200-000 | | 2,463.15 | 523,863.68 |
| 04/21/2017 | 52005 | OFFICE OF THE UNITED STATES TRUSTEE<br>110 North College Ave.<br>Room 300<br>Tyler , TX 75702 | (23-1) Unpaid US Trustee QuarterlyFees | 2950-000 | | 1,625.00 | 522,238.68 |
| 04/21/2017 | 52006 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia , PA 19101-7346 | Disb of 100.00% to Claim #14 | 5800-000 | | 6,824.64 | 515,414.04 |
| 04/21/2017 | 52007 | TEXAS WORKFORCE COMMISSION, SPECIAL<br>Actions Unit<br>Collection Division MC 008<br>P.Box 12548<br>Austin , TX 78711-2548 | Disb of 100.00% to Claim #16<br>(16-1) Unemployment Tax(16-2)Unemployment Tax | 5800-000 | | 7,075.79 | 508,338.25 |
| 04/21/2017 | 52008 | STEEL & PIPE SUPPLY<br>c/o Scott Munsen<br>PO Box 1688<br>Manhattan , KS 66505-1686 | Disb of 35.69% to Claim #04 | 7100-000 | | 579.60 | 507,758.65 |
| | | | Page Subtotals | | 0.00 | 18,568.18 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)                                      **Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** | 13-41030 | |
| **Case Name:** | MONITOR, INC. | |
| **Taxpayer ID No:** | **-***2261 | |
| **For Period Ending:** | 6/26/2017 | |

| | |
|---|---|
| **Trustee Name:** | Mark A. Weisbart |
| **Bank Name:** | Texas Capital Bank |
| **Account Number/CD#:** | ******9759 Checking Account |
| **Blanket bond (per case limit):** | 300,000.00 |
| **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2017 | 52009 | FIRST ADVANTAGE TAX CONSULTING SERV<br>c/o Dennis Miles<br>140 Fountain Parkway, Ste. 410<br>St. Petersburg , FL 33716 | Disb of 35.69% to Claim #05 | 7100-000 | | 24.98 | 507,733.67 |
| 04/21/2017 | 52010 | FLATIRON CAPITAL,<br>A division of Wells Fargo Bank N.A.<br>c/o Karen D. Sanchez<br>1700 Lincoln Street, 12th Floor<br>Denver , COLORADO 80203 | Disb of 35.69% to Claim #08<br>(8-1) Legal costs and expensesallowed by 11 U.S.C. ?506(b). | 7100-000 | | 779.05 | 506,954.62 |
| 04/21/2017 | 52011 | HARTFORD FIRE INSURANCE COMPANY<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford , CT 06115 | Disb of 35.69% to Claim #10 | 7100-000 | | 9,217.43 | 497,737.19 |
| 04/21/2017 | 52012 | ALEERA AND HARRY REYNOLDS<br>100 Patricia<br>Sherman , TX 75090 | Disb of 35.69% to Claim #11<br>(11-1) money loaned to business | 7100-000 | | 494,880.53 | 2,856.66 |
| 04/21/2017 | 52013 | PITNEY BOWES GLOBAL FINANCIAL SERVI<br>LLC<br>27 Waterview Drive<br>Shelton , CT 06484 | Disb of 35.69% to Claim #12 | 7100-000 | | 372.90 | 2,483.76 |
| 04/21/2017 | 52014 | TEXAS MUTUAL INSURANCE COMPANY<br>6210 E. Hwy. 290<br>Austin , TX 78723 | Disb of 35.69% to Claim #15 | 7100-000 | | 2,357.44 | 126.32 |
| | | | Page Subtotals | | 0.00 | 507,632.33 | |

UST Form 101-7-TDR (10/1/2010) (Page 25)

**Exhibit 9**

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 13-41030 | **Trustee Name:** Mark A. Weisbart | |
| **Case Name:** MONITOR, INC. | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******9759 Checking Account | |
| **Taxpayer ID No:** **-***2261 | **Blanket bond (per case limit):** 300,000.00 | |
| **For Period Ending:** 6/26/2017 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2017 | 52015 | J & D METAL BUILDING L.L. C. PO Box 496 Colbert , OK 74733 | Disb of 35.68% to Claim #18 | 7100-000 | | 126.32 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 126.32 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 823,522.71 | 823,522.71 |
| Less:Bank Transfer/CD's | 823,522.71 | 0.00 |
| **SUBTOTALS** | 0.00 | 823,522.71 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 823,522.71 |

| | |
|---|---|
| All Accounts Gross Receipts: | 909,062.64 |
| All Accounts Gross Disbursements: | 909,062.64 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******2650 Checking Account | 883,230.07 | 59,707.36 | |
| ******9759 Checking Account | 0.00 | 823,522.71 | |
| **Net Totals** | 883,230.07 | 883,230.07 | 0.00 |

**Exhibit 9**